UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yong Xu, on his own behalf and on behalf of others similarly situated,

                                Plaintiff,

-against-

Kealoha Sushi Inc. et al.,

                                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2020

1:19-cv-11885 (PAE) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

This case has been assigned to me for general pretrial management. (ECF No. 7.) The parties (or, if no defendants have appeared in the case, only the plaintiff) shall appear for a Telephone Conference on Thursday, February 27, 2020 at 2:30 p.m. to discuss the status of this case. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line.

**SO ORDERED.**

DATED:      New York, New York
               February 18, 2020

_____
STEWART D. AARON
United States Magistrate Judge