UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Yong Xu, on his own behalf and on behalf of others similarly situated,

        Plaintiff,

-against-

Kealoha Sushi Inc. et al.,

        Defendants.

---

1:19-cv-11885 (PAE) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2020

**STEWART D. AARON, United States Magistrate Judge:**

Following a Telephone Conference, during which only Plaintiff appeared, it is hereby Ordered as follows:

1. If Defendants have not appeared by March 30, 2020, Plaintiff shall seek one or more Certificates of Default from the Clerk of Court.

2. The parties (or, if no defendants have appeared in the case, only the plaintiff) shall appear for a Telephone Conference on Tuesday, April 7, 2020 at 3:00 p.m. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line.

**SO ORDERED.**

DATED:    New York, New York
              February 27, 2020

_____
STEWART D. AARON
United States Magistrate Judge