UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yong Xu, on his own behalf and on behalf of others similarly situated,

        Plaintiff,

-against-

Kealoha Sushi Inc. et al.,

        Defendants.

1:19-cv-11885 (PAE) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/2020

**STEWART D. AARON, United States Magistrate Judge:**

The Court previously scheduled a telephone conference on Tuesday, April 7, 2020 at 3:00 p.m. (*See* ECF No. 16.) The telephone conference shall go forward as previously scheduled, but the Parties shall each separately call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745. This Order supersedes the calling instructions provided previously.

**SO ORDERED.**

DATED:    New York, New York
             March 19, 2020

_____
STEWART D. AARON
United States Magistrate Judge