UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yong Xu, on his own behalf and on behalf of others similarly situated,

          Plaintiff,

-against-

Kealoha Sushi Inc. et al.,

          Defendants.

1:19-cv-11885 (PAE) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/2020

**STEWART D. AARON, United States Magistrate Judge:**

Following a Telephone Conference on April 7, 2020, during which only Plaintiff appeared, it is hereby Ordered as follows:

1. In light of the Notice to Plaintiff's attorney that the Proposed Clerk's Certificate of Default filed on April 2, 2020 (ECF No. 18) is deficient, Plaintiff shall refile his Proposed Clerk's Certificate of Default no later than Friday, April 17, 2020.

2. Plaintiff shall file his anticipated motion for default judgment no later than June 19, 2020.

**SO ORDERED.**

DATED:    New York, New York
            April 13, 2020

_____
STEWART D. AARON
United States Magistrate Judge