UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yong Xu, on his own behalf and on behalf of others similarly situated,

                  Plaintiff,

-against-

Kealoha Sushi Inc. et al.,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2020

1:19-cv-11885 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following Plaintiff's filing of his First Amended Complaint ("FAC") on July 3, 2020 (ECF No. 37), and in accordance with the Court's June 19, 2020 Order, Plaintiff was to file his anticipated motion for default judgment no later than September 19, 2020. (Order, ECF No. 36). While Defendants were served on September 2, 2020 and the deadline for Defendants to respond to the FAC was September 23, 2020 (*see* ECF Nos. 40-43), as of the date of this Order, no Defendant has appeared in this action.

    Accordingly, it is hereby Ordered that, no later than Friday, October 2, 2020, Plaintiff shall file a letter advising the Court as to the status of this action, including whether he intends to seek renewed Certificates of Default.

**SO ORDERED.**

DATED:    New York, New York
                September 25, 2020

                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge