UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yong Xu, on his own behalf and on behalf of others similarly situated,

                Plaintiff,

-against-

Kealoha Sushi Inc. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2020

1:19-cv-11885 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than Wednesday, November 4, 2020, Plaintiff shall file his anticipated motion for default judgment in accordance with Judge Engelmayer's Individual Rules of Practice.

**SO ORDERED.**

DATED:    New York, New York
              October 13, 2020

_____
STEWART D. AARON
United States Magistrate Judge