TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| YONG XU,<br>*on behalf of himself and others similarly situated,*<br>                                        Plaintiff,<br><br>                              v.<br>KEALOHA SUSHI INC<br>        f/k/a Aloha Sushi Inc<br>        d/b/a Kealoha Sushi & Poke Bowl,<br>SONG CHEN<br>        a/k/a Jacky Chen<br>        a/k/a Ah Niu<br>        a/k/a John 02 Doe,<br>"JOHN 01 DOE"<br>         a/k/a Ah Jiu, and<br>DARWIN "DOE,"<br>                                        Defendants. | **Case No. 19-cv-11885**<br><br>**NOTICE OF MOTION FOR**<br>**DEFAULT JUDGMENT** |

-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of John Troy, sworn to on November 04, 2020, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, Room 2201, New York, NY 10007 , before the Hon. District Judge **Paul A. Engelmayer,** for an Order granting judgment by default against Defendants KEALOHA SUSHI INC f/k/a Aloha Sushi Inc d/b/a Kealoha Sushi & Poke Bowl, SONG CHEN a/k/a Jacky Chen a/k/a Ah Niu a/k/a John 02 Doe, "JOHN 01 DOE" a/k/a Ah Jiu, and DARWIN "DOE," pursuant Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b).

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(b) of the

United States District Court for the Southern District of New York, answering papers, if any, are to be served so as to be received by the undersigned no later than fourteen (14) days prior to the return date of the within motion once set by the Court.

Dated: Flushing, NY
      November 04, 2020

                                      TROY LAW, PLLC

                                      /s/ John Troy
                                      John Troy (JT0481)