UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YONG XU, *on his own behalf and on behalf of others similarly situated*,

                                    Plaintiff,

                    -v-

KEALOHA SUSHI INC. et al.,

                                    Defendants.

19 Civ. 11885 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

On November 4, 2020, the Court received plaintiff's motion for a default judgment, *see* Dkts. 61–63, and plaintiff's motion for attorney's fees and costs, *see* Dkts. 64–66. *See* Dkt. 60 (order from Judge Aaron directing plaintiff to file motion for default judgment by November 4, 2020).

Plaintiff's papers in support of the motions are in good order. If any defendant wishes to oppose the motion, their counsel shall enter a notice of appearance prior to December 3, 2020, and file an opposition on ECF, explaining why a default judgment is not warranted, by **December 3, 2020 at 5 p.m.**

Plaintiffs are to serve Judge Aaron's order, Dkt. 60, this order, and the papers in support of their motions for a default judgment and attorney's fees and costs on all defendants forthwith and file proof of this service no later than November 12, 2020.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: November 6, 2020
       New York, New York