USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yong Xu, on his own behalf and on behalf of others similarly situated,

                  Plaintiff,

-against-

Kealoha Sushi Inc. et al.,

                  Defendants.

1:19-cv-11885 (PAE) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than Tuesday, June 15, 2021, Plaintiff shall mail to Defendants, at the addresses set forth in ECF Nos. 40 to 43, copies of his Proposed Findings of Fact and Conclusions of Law, motion for attorney's fees and all supporting papers (ECF Nos. 74-78), along with a copy of this Order, and shall file proof of service on the docket.

Defendants shall send to Plaintiff's counsel and file with the Court their response, if any, to Plaintiff's submissions no later than July 2, 2021.

**SO ORDERED.**

DATED:    New York, New York
               June 11, 2021

_____
STEWART D. AARON
United States Magistrate Judge