**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
┌─────────────────────────────────────────┐
│ USDC SDNY                                │
│ DOCUMENT                                 │
│ ELECTRONICALLY FILED                     │
│ DOC #:_____                   │
│ DATE FILED:   7/27/2021                  │
└─────────────────────────────────────────┘
```

**Yong Xu, on his own behalf and on behalf of others similarly situated,**

                                   **Plaintiff,**

                    **-against-**

**Kealoha Sushi Inc. et al.,**

                                   **Defendants.**

**1:19-cv-11885 (PAE) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Having reviewed Plaintiff's damages calculations, it appears to the Court that the calculations include spread-of-hours damages only for three days per week, whereas Plaintiff's Declaration indicates that he worked four to five days per week and is seeking spread-of-hours damages for each of those days. (*Compare* Damages Calcs., ECF No. 75-5 *with* Pl.'s Decl., ECF No. 75-1, ¶¶ 15, 17, 22.) Accordingly, it is hereby Ordered that, no later than Monday, August 23, 2021, Plaintiff shall file a letter clarifying the spread-of-hours damages that he seeks and, if necessary, attaching revised damages calculations.

**SO ORDERED.**

DATED:      New York, New York
            July 27, 2021

                                   _____
                                   STEWART D. AARON
                                   United States Magistrate Judge